# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| E.A., by and through his Guardian Ad Litem CHRYSTAL WARREN, D.J., by and through his Guardian Ad Litem IRENE JOW, G.L., by and through his Guardian Ad Litem GRACE LACUESTA,<br><br>Plaintiff(s),<br><br>v.<br><br>CLARK COUNTY SCHOOL DISTRICT, JONATHAN CRONIN, JOHN ANZALONE, MARBELLA ALFONZO and DOES 1-50,<br><br>Defendant(s). | 2:22-cv-01758-APG-VCF<br><br>**ORDER** |

Before the court is plaintiff's motion to compel defendant Clark County School District to produce documents responsive to plaintiff's request for production of documents, set one, No. 52. (ECF NO. 46).

Accordingly,

IT IS HEREBY ORDERED that an in-person hearing on plaintiff's motion to compel defendant Clark County School District to produce documents responsive to plaintiff's request for production of documents, set one, No. 52 (ECF NO. 46), is scheduled for 1:00 PM, September 7, 2023, in Courtroom 3D.

DATED this 17th day of August 2023.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE

1