**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

| | |
|---|---|
| E.A., by and through his Guardian ad Litem, CHRYSTAL WARREN, D.J., by and through his Guardian ad Litem, IRENE JOW; G.L., by and through his Guardian ad Litem, GRACE LACUESTA,<br><br>Plaintiff(s),<br><br>v.<br><br>CLARK COUNTY SCHOOL DISTRICT, JONATHAN CRONIN, JOHN ANZALONE, MARBELLA ALFONZO,<br><br>Defendant(s). | 2:22-cv-01758-APG-VCF<br>**ORDER** |

Before the court is the joint status report regarding plaintiff's motion to compel ESI (ECF NO. 55).

Accordingly,

IT IS HEREBY ORDERED that the parties must file a joint status report on or before November 13, 2023.

DATED this 11th day of October 2023.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE

1