# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| E.A., by and through his Guardian ad Litem, CHRYSTAL WARREN, D.J., by and through his Guardian ad Litem, IRENE JOW; G.L., by and through his Guardian ad Litem, GRACE LACUESTA,<br><br>Plaintiff(s),<br><br>v.<br><br>CLARK COUNTY SCHOOL DISTRICT, JONATHAN CRONIN, JOHN ANZALONE, MARBELLA ALFONZO, DOES 150,<br><br>Defendant(s). | 2:22-cv-01758-APG-VCF<br><br>**ORDER SETTING HEARING RE PLAINTIFS' MOTION TO COMPEL ESI** |

The parties have requested two additional weeks to meet and confer to address remaining issues related to CCSD's "relevance log." *See Joint Status Report*, ECF No. 61.

I appreciate the parties' efforts to date narrowing the ESI issues originally presented to the court. *See Plaintiffs' First Motion to Compel*, ECF No. 46.

Accordingly, I ORDER that the parties' request is GRANTED.

I HEREBY ORDER that an in person hearing to address any unresolved issues originally raised in Plaintiffs' First Motion to Compel is SCHEDULED for December 11, 2023, at 1:00 PM, in Courtroom 3D.

DATED this 14th day of November 2023.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE