1  RAHUL RAVIPUDI, ESQ., (NV Bar No. 14750)
   rravipudi@psbr.law
2  IAN SAMSON, ESQ., (NV Bar No. 15089)
   isamson@psbr.law
3  ADAM ELLIS, ESQ., (NV Bar No. 14514)
   aellis@psbr.law
4  JULIA ARMENDARIZ., ESQ. (NV Bar No. 15865)
   jarmendariz@psbr.law
5  **PANISH|SHEA|BOYLE|RAVIPUDI LLP**
6  300 South Fourth Street, Suite 710
   Las Vegas, NV 89101
7  P: (702) 560-5520
   F: (702) 975-2515
8

9  KHALDOUN A. BAGHDADI. ESQ. (CA Bar No. 190111)
   kbaghdadi@walkuplawoffice.com
10 VALERIE N. ROSE, ESQ, (CA Bar No. 272566)
   vrose@walkuplawoffice.com
11 KATHERINE CONNOLLY, ESQ. (CA Bar No. 343524)
   kconnolly@walkuplawoffice.com
12 **WALKUP, MELODIA, KELLY & SCHOENBERGER**
13 650 California Street, 26th Floor
   San Francisco, CA 94108-2615
14 P: (415) 981-7210
   F: (415) 391-6965
15 *Admitted Pro Hac Vice*

16
17  *Attorneys for Plaintiffs*

18               **IN THE UNITED STATES DISTRICT COURT**

19                     **FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| 20  E.A., by and through his Guardian ad Litem, CHRYSTAL WARREN, D.J., by and through his Guardian ad Litem, IRENE JOW; G.L., by and through his Guardian ad Litem, GRACE LACUESTA, | CASE NO. 2:22-cv-01758-APG-VCF |
| | **STIPULATION TO VACATE HEARING SET FOR DECEMBER 11, 2023** |
| Plaintiffs, | |
| v. | |
| CLARK COUNTY SCHOOL DISTRICT, JONATHAN CRONIN, JOHN ANZALONE, MARBELLA ALFONZO, DOES 150, | |
| Defendants. | |

1

**TO THE HONORABLE COURT:**

The Parties have reached an agreement regarding CCSD's outstanding document production to Plaintiffs' Request for Production No. 52 ("ESI Request").  This stipulation shall not be construed as a waiver and Plaintiffs reserve their right to request additional ESI that may become relevant during the discovery period. The Parties request that the hearing set for December 11, 2023 at 1:00 p.m. to address the status of the outstanding issues regarding Plaintiffs' ESI Request be vacated in light of the Parties agreement.

Respectfully submitted,

December 11, 2023

PANISH SHEA BOYLE RAVIPUDI

By  /s/ Julia Armendariz
KHALDOUN A. BAGHDADI
Admitted *Pro Hac Vice*
VALERIE N. ROSE
Admitted *Pro Hac Vice*
JULIA ARMENDARIZ
Nevada Bar No. 15865

Attorneys for Plaintiffs

2

| | |
|---|---|
| DATED this ___ day of December 2023. | DATED this ___ day of December 2023. |
| GREENBERG TRAURIG, LLP | Panish Shea Boyle Ravipudi |
| By: /s/ Whitney Welch-Kirmse<br>MARK F. FERRARIO<br>Nevada Bar No. 01625<br>KARA B. HENDRICKS<br>Nevada Bar No. 07743<br>WHITNEY L. WELCH-KIRMSE<br>Nevada Bar No. 12129<br>10845 Griffith Peak Drive, Suite 600<br>Las Vegas, Nevada 89135<br><br>*Counsel for Defendants, Clark County School District, John Anzalone and Marbella Alfonzo* | By: /s/ Julia Armendariz<br>KHALDOUN A. BAGHDADI<br>(admitted Pro Hac Vice)<br>CA Bar No. 190111<br>VALERIE ROSE<br>(admitted Pro Hac Vice)<br>CA Bar No. 272566<br>KATHERINE S. CONNOLLY<br>CA Bar No. 343524<br>650 California Street, 26th Floor<br>San Francisco, California 94108-2615<br><br>*Counsel for Plaintiffs*<br><br>PANISH SHEA & BOYLE, LLP<br>RAHUL RAVIPUDI<br>Nevada Bar No. 14750<br>IAN SAMSON<br>Nevada Bar No. 15089<br>ADAM ELLIS<br>Nevada Bar No. 14514<br>JULIA ARMENDARIZ<br>Nevada Bar No. 15865<br>8816 Spanish Ridge Avenue<br>Las Vegas, Nevada 89148<br><br>*Co-Counsel for Plaintiffs* |

IT IS HEREBY ORDERED that the hearing scheduled for 1:00 PM, December 11, 2023, is VACATED.

IT IS SO ORDERED.

_____
Cam Ferenbach
United States Magistrate Judge

DATED  12-11-2023  _____

3