**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| E.A., by and through his Guardian ad Litem, CHRYSTAL WARREN, D.J., by and through his Guardian ad Litem, IRENE JOW; G.L., by and through his Guardian ad Litem, GRACE LACUESTA, <br><br> Plaintiff(s), <br><br> vs. <br><br> Clark County School District, *et al.*, <br><br> Defendant(s). | 2:22-cv-01758-APG-MDC <br><br> Order |

The Court DENIES the parties' *Stipulation to Stay Discovery Pending Completion of Second Mediation* (ECF No. 69).  Pursuant to the Court's 01/02/24 Order (ECF No. 67), lay discovery closed on March 19, 2024.   To accommodate the parties' mediation efforts, the Court vacates the remaining discovery and pre-trial deadlines for expert discovery, dispositive motions, and the joint pre-trial order set forth in the Court's 01/02/24 Order (ECF No. 67).  The parties shall submit an amended stipulated discovery plan and scheduling order by **June 28, 2024**, that proposes new deadlines for expert discovery, dispositive motions, and the joint pre-trial order.  Alternatively, the parties may submit a Stipulation by **June 28, 2024**, advising the Court that the matter has settled.

ACCORDINGLY,

**IT IS ORDERED that** the *Stipulation to Stay Discovery* (ECF No. 69) **IS DENIED**. Parties must submit an amended stipulated discovery plan and scheduling order OR stipulation of settlement by **June 28, 2024.**

DATED this 15th day of April 2024.

IT IS SO ORDERED.

_____
Hon. Maximiliano D. Couvillier III
United States Magistrate Judge