# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| E.A., et al., | Case No.: 2:22-cv-01758-APG-MDC |
| Plaintiffs | **Order for Status Report** |
| v. | |
| CLARK COUNTY SCHOOL DISTRICT, et al., | |
| Defendants | |

I ORDER that by February 13, 2025 the parties shall file a status report regarding what, if anything, remains in this case and how they intend to proceed. If nothing remains for the court to do, the parties should file a stipulation to dismiss the case. The failure to respond to this order will result in dismissal of the case.

DATED this 5th day of February, 2025.

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE