1  MARK E. FERRARIO
   Nevada Bar No. 01625
2  KARA B. HENDRICKS
   Nevada Bar No. 07743
3  WHITNEY L. WELCH-KIRMSE
   Nevada Bar No. 12129
4  **GREENBERG TRAURIG, LLP**
5  10845 Griffith Peak Drive, Suite 600
   Las Vegas, Nevada 89135
6  Telephone: (702) 792-3773
   Facsimile: (702) 792-9002
7  Email: ferrariom@gtlaw.com
8         hendricksk@gtlaw.com
          whitney.welchkirmse@gtlaw.com
9
   *Counsel for Defendants, Clark County School District,*
10 *John Anzalone and Marbella Alfonzo*

11                **IN THE UNITED STATES DISTRICT COURT**

12                        **FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| E.A., by and through his Guardian ad Litem, CHRYSTAL WARREN, D.J., by and through his Guardian ad Litem, IRENE JOW; G.L., by and through his Guardian ad Litem, GRACE LACUESTA, <br><br> Plaintiffs, <br><br> v. <br><br> CLARK COUNTY SCHOOL DISTRICT, JONATHAN CRONIN, JOHN ANZALONE, MARBELLA ALFONZO, DOES 150, <br><br> Defendants. | CASE NO. 2:22-cv-01758-APG-MDC <br><br> **STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |

It is hereby STIPULATED AND AGREED among Plaintiffs E.A., by and through his Guardian ad Litem, CHRYSTAL WARREN, D.J., by and through his Guardian ad Litem, IRENE JOW and G.L., by and through his Guardian ad Litem, GRACE LACUESTA ("Plaintiffs"), and Defendants CLARK COUNTY SCHOOL DISTRICT ("CCSD"), JOHN ANZALONE ("Anzalone") and MARBELLA ALFONZO ("Alfonzo") (collectively, "CCSD Defendants"), by and through their attorneys of record that, in accordance with Fed. R. Civ. P. 41(a)(2) and LR 7-1 of the United States

1  District Court, District of Nevada Local Rules, that this action and all claims asserted by
2  Plaintiffs against Defendants herein are dismissed with prejudice with each party to bear their
3  own fees and costs.

4      **IT IS SO STIPULATED.**

5  DATED this 7th day of February 2025      DATED this 7th day of February 2025

6  **GREENBERG TRAURIG, LLP**      **PANISH SHEA & BOYLE, LLP RAHUL RAVIPUDI**

8  By: */s/ Kara B. Hendricks*      By: */s/ Racheal A. Ross*

MARK F. FERRARIO      Nevada Bar No. 14750
Nevada Bar No. 01625      IAN SAMSON
KARA B. HENDRICKS      Nevada Bar No. 15089
Nevada Bar No. 07743      RACHEAL A. ROSS
WHITNEY L. WELCH-KIRMSE      Nevada Bar No. 14943
Nevada Bar No. 12129
10845 Griffith Peak Drive, Suite 600      *Counsel for Plaintiffs*
Las Vegas, Nevada 89135

*Counsel for Defendants Clark County School District, John Anzalone and Marbella Alfonzo*

     **WALKUP, MELODIA, KELLY & SCHOENBERGER, LLP**
KHALDOUN A. BAGHDADI*
CA Bar No. 190111
VALERIE ROSE*
CA Bar No. 272566
KATHERINE S. CONNOLLY*
CA Bar No. 343524
*admitted *Pro Hac Vice*

*Co-Counsel for Plaintiffs*

**ORDER**

    **IT IS SO ORDERED.**

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE

JUDGE DATED: February 10, 2025

2

ACTIVE 707004934v1